IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOBLE BURGESS EL, office of Executor and absolute beneficiary for Christopher Jordan Burgess Estate<br>            Plaintiff, | :<br>:<br>:<br>:<br>: |
| v. | :    Civil No. 5:22-cv-04367-JMG |
| | : |
| JERRY L. SANDERS, JR., and<br>NOLAN CUMMINGS, and<br>RANI ISSA<br>            Defendants. | :<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 26th day of October, 2023, upon consideration of Defendant Cummings's Motion to Dismiss for Failure to State a Claim (ECF No. 11), dated April 11, 2023, Defendant Issa's Motion to Dismiss (ECF No. 12), dated April 14, 2023, and Plaintiff's Response (ECF No. 14), dated May 1, 2023,

**IT IS HEREBY ORDERED** that Defendant Cummings's Motion to Dismiss for Failure to State a Claim (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Issa's Motion to Dismiss (ECF No. 12) is **GRANTED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge